# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs in Exhibits A & B

## ORDER ON NOTICE OF NON-COMPLIANCE CONCERNING AMOUNT-IN-CONTROVERSY CERTIFICATION (CMO-32)

On October 29, 2025, the Cook Defendants filed a Notice of Non-Compliance (Dkt. 27364) listing Plaintiffs who have not submitted Amount-in-Controversy Certification Forms, as required by the Court's Second Amended Case Management Order No. 32 ("Second Amended CMO-32") entered on July 29, 2025 (*see* Dkt. 26952). The Plaintiffs listed in the Cook Defendants' Notice (1) do **not** allege a Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) injury; and (2) have **not** already submitted an Amount-in-Controversy Certification Form. As such, the deadline for each of these Plaintiffs to submit an Amount-in-Controversy Certification Form expired on September 29, 2025. *Id.* at ¶ 1.

The Plaintiffs identified in **Exhibit A** remain non-compliant and are therefore subject to immediate dismissal without prejudice for failure to prosecute. *See id.* at ¶ 3. The Plaintiffs identified in **Exhibit B** have either submitted Amount-in-Controversy Certification Forms, have cases subject to dismissal for other reasons unrelated to Second Amended CMO-32, or have taken other actions that render the Notice of Non-Compliance moot as to their cases. The Notice of Non-Compliance is therefore **MOOT** as to the Plaintiffs identified in **Exhibit B**.

Based on the foregoing, **IT IS HEREBY ORDERED THAT** the cases identified in **Exhibit A** are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.

**SO ORDERED** this 4th day of March 2026.

                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.